```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

|  |  |  |
|---|---|---|
| **SHERNARD WALLACE,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 2:17-cv-02269 |
| **CHRISTOPHER BROWN AND WILLIAM SMITH,** | ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

Before the Court is Plaintiff Shernard Wallace's March 12, 2020 Motion for Mediation. (ECF No. 50.)

On May 20, 2020, Defendants filed a Motion for Summary Judgment. (ECF No. 54.) On July 23, 2020, the Court denied Defendants' Motion for Summary Judgment. (ECF No. 60.) A jury trial in this case has been set for August 31, 2020. (ECF No. 47.) The time for mediation has passed. Wallace's Motion for Mediation is DENIED. The parties may engage in mediation at their discretion.

So ordered this 13th day of August, 2020.

                                      /s/ *Samuel H. Mays, Jr.*
                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE