IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| SHERNARD WALLACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:17-cv-02269 |
| | ) | |
| CHRISTOPHER BROWN AND WILLIAM SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiff Shernard Wallace's May 18, 2020 Motion for Subpoena. (ECF No. 53.) Wallace seeks the production of medical records from a correctional facility and a hospital. (See id. at 1.)

A subpoena requiring that a third party produce documents is a discovery device that must comply with the court's scheduling order. See, e.g., Thomas v. City of Cleveland, 57 F. App'x 652, 654 (6th Cir. 2003) (holding that district court acted within its discretion in quashing subpoena that was served after discovery deadline had passed). On December 19, 2019, the Court entered a Scheduling Order establishing a discovery deadline of March 20, 2020. (ECF No. 46.) Wallace filed the Motion for

Subpoena after the discovery deadline had passed. The Motion for Subpoena is DENIED.

So ordered this 13th day of August, 2020.

                                        /s/ *Samuel H. Mays, Jr.*
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE